# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DANIEL VALLE, | CASE NO. 18cv1464-LAB (WVG) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO COMPEL ARBITRATION [Dkt. 5]** |
| vs. | |
| AT&T MOBILITY SERVICES, LLC, et al., | |
| Defendants. | |

The parties ask for a stay while they arbitrate. The Court "shall on application of one of the parties stay the trial of the action until such arbitration has been had." 9 U.S.C. § 3. But the "Ninth Circuit has held that § 3 does not impose a mandatory duty to stay on district courts. Thus, even where a party seeks a stay under § 3, the court has discretion to dismiss under Rule 12(b)(6) if it finds that all of the claims before it are arbitrable." *KKE Architects, Inc. v. Diamond Ridge,* 2008 WL 637603, at *5 (C.D. Cal. Mar. 3, 2008) (citing cases).

The Court agrees all claims here are fit for arbitration. But rather than have this case sit on the docket, it should be dismissed, and the parties can file a petition to confirm an arbitration award later. The Court orders the parties to file either a joint motion to dismiss, or a three-page joint memorandum explaining why the Court shouldn't dismiss the case, by July 26, 2018. The joint motion to compel arbitration is granted, but the stay is denied.

**IT IS SO ORDERED**.

Dated: July 12, 2018

*Larry A. Burns*
_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge